**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vina Yazzie, | No. CV-14-08153-PCT-JAT |
| Plaintiff, | |
| v. | **ORDER** |
| Mohave County, Steve Latoski, Ramon Osuna, Kevin Stockbridge and Warren Twitchel, | |
| Defendants. | |

Pending before the Court are five motions: (1) Plaintiff's Second Motion for Extension of Time (Doc. 50); (2) Plaintiff's attorney, Eduardo H. Coronado's Motion to Withdraw as Attorney (Doc. 56); (3) Mr. Coronado's Motion for Leave to Appear Telephonically (Doc. 58); (4) Mr. Coronado's Motion to Withdraw (Doc. 59); and (5) Defendants' Motion for Expedited Ruling (Doc. 61).

The Court will not rule on the pending motions to withdraw (Doc. 56; Doc. 59) until Plaintiff's time to respond under the local rules has expired. Pursuant to Local Rule of Civil Procedure 7.2(b) and Federal Rule of Civil Procedure 6(d), a response, if any, shall be filed by Plaintiff Vina Yazzie by October 30, 2015. A reply, if any, shall be filed within the deadlines set by the rules.

Because of the timing of the request to withdraw, the Court orders Mr. Coronado to continue representing Plaintiff at the deposition on October 19, 2015, and oral argument on October 27, 2015. *See Bohnert v. Burke*, No. CV-08-2303-PHX-LOA, 2010

1  WL 5067695, at *1 (D. Ariz. Dec. 7, 2010) (noting a trial court has discretion to grant or
2  deny a request to withdraw and the court should consider what harm withdrawal may
3  cause before granting a request). However, due to Mr. Coronado's pending request to
4  withdraw, the Court will permit him to appear telephonically at the oral argument.

5  Plaintiff's requests for a ninety day extension to "all current court deadlines"
6  (Doc. 56 at 2; Doc. 59 at 2) are denied to the extent they pertain to any expired deadlines
7  and the pending deposition and oral argument.[1] The Court will consider the request to
8  extend future deadlines once Plaintiff has had the opportunity to respond to the motions
9  to withdraw. (Doc. 56; Doc. 59). Because of the foregoing, Plaintiff's earlier motion to
10 extend time for discovery (Doc. 50) is denied as moot. Accordingly, Defendants' motion
11 for expedited ruling (Doc. 61) is granted.

12 **IT IS ORDERED** Plaintiff's Second Motion for Extension of Time for Discovery
13 (Doc. 50) is **DENIED** as moot.

14 **IT IS FURTHER ORDERED** that, pursuant to LR Civ. 7.2(i), if Plaintiff Vina
15 Yazzie fails to timely respond to the pending motions to withdraw, this Court will deem
16 Plaintiff's failure to respond as consent to the Court granting the motions.

17 **IT IS FURTHER ORDERED** that Mr. Coronado's Motion for Leave to Appear
18 Telephonically (Doc. 58) is **GRANTED**.  Mr. Coronado shall call into the Court at 602-
19 322-7560 at the time set for the hearing.

20 **IT IS FURTHER ORDERED** Defendants' Motion for Expedited Ruling (Doc.
21 61) is **GRANTED**.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

---

[1] This ruling does not impact the pending Motion to Extend Deadline to Amend Claim (Doc. 43) which will be argued on October 27, 2015.

- 2 -

**IT IS FINALLY ORDERED** that Mr. Coronado shall send a copy of this Order to his client.

Dated this 15th day of October, 2015.

James A. Teilborg
Senior United States District Judge